## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-213 (1) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael David Roberts, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that, pursuant to the Stipulation of the parties:

1. The Government shall transport the original DVD to the office of Defendant's video analyst, Bek-Tek, LLC, located at 12115 Sangsters Court in Clifton, Virginia.

2. Bek-Tek shall be permitted to make a copy of the original DVD for the purpose of forensic video analysis.  For chain of custody purposes, an FBI Agent will be present while Bek-Tek duplicates the DVD and the original DVD will be returned to the FBI Agent at the conclusion of the duplication process.

3. The Government shall provide to Bek-Tek a logical image of the hard drive of the camcorder which was used to create the original recordings.

4. Bek-Tek shall limit its analysis of the logical image of the hard drive to data related to the recordings in this case and shall not release any information regarding unrelated data to anyone.

5. Bek-Tek shall communicate the results of its analysis to F. Clayton Tyler, P.A. but shall not release any data obtained in connection with this case to any other person or entity without prior authorization.

6. At the conclusion of this case, Bek-Tek shall, upon request, return or destroy any materials received from the Government in connection with this case, and any copies made therefrom.

Dated:  April 22, 2009

                                                   s/Richard H. Kyle  
                                                   RICHARD H. KYLE  
                                                   United States District Judge