# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

             Crim. No. 08-213 (RHK/AJB)
                 **ORDER**

v.

Michael David Roberts,

      Defendant.

---

  Defendant's request for a "character standing alone" instruction (Doc. No. 132) is **DENIED**.  See United States v. Krapp, 815 F.2d 1183, 1187 (8th Cir. 1987) (character-standing-alone instruction is "disapproved in this circuit"); 8th Circuit Manual of Model Criminal Jury Instructions § 4.03.

Dated: April 30, 2009              s/Richard H. Kyle
                       RICHARD H. KYLE
                       United States District Judge

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

                                            Crim. No. 08-213 (RHK/AJB)
                                                **ORDER**

v.

Michael David Roberts,

                Defendant.

      Defendant's request for a "character standing alone" instruction (Doc. No. 132) is

**DENIED**.  See United States v. Krapp, 815 F.2d 1183, 1187 (8th Cir. 1987) (character-standing-alone instruction is "disapproved in this circuit"); 8th Circuit Manual of Model Criminal Jury Instructions § 4.03.

Dated: April 30, 2009                                                   s/Richard H. Kyle
                                                                          RICHARD H. KYLE
                                                                           United States District Judge